# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RICK MELVILLE,

                Plaintiff,

         -vs-                                Case No.   13-CV-972

JAMES GREER, MR. GOLDEN,
CARRIE SPRANGER, MS. WATTS,
JANE DOES 1-3, DR. JOSEPH,
DR. MURPHY, and DANIELLE FOSTER,

                Defendants.

## DECISION AND ORDER

        The plaintiff has filed a motion for reconsideration of the Court's November 19, 2013, Screening Order to the extent that it denied his request for a preliminary injunction. He provides additional information consisting of letters he wrote to Dr. Murphy, Mr. Golden, and "HSU Foster" regarding his requests for additional medical treatment to treat the pain resulting from his nerve damage condition. These letters reveal that the plaintiff is being seen for his pain complaints and receiving care, although not the care he would like. The plaintiff has not shown that the Court erred in denying his request for injunctive relief. Thus, his motion for reconsideration will be denied.

        The defendants have filed a motion for order directing plaintiff to authorize release of medical information. They also filed a supplemental motion for order directing the plaintiff to sign a medical authorization. In their supplemental motion, the defendants assert that while

the plaintiff has returned an authorization form to them, he includes numerous conditions including that he be provided a free copy of whatever medical records the defendants obtain. The defendants contend that they should not be required to provide the plaintiff with a free copy of the medical records.

The plaintiff's medical records are relevant to his claim that the defendants were deliberately indifferent to his medical condition. Thus, he is required to release his medical records to the defendants if he wants to litigate this case. *See Doe v. Marsh*, 918 F. Supp. 580, 585 (N.D. N.Y. 1996). The defendants are not required to provide the plaintiff with a free copy of the medical records.

**IT IS THEREFORE ORDERED** that the plaintiff's motion for reconsideration (Docket # 17) is **denied**.

**IT IS FURTHER ORDERED** that the defendants' motion for order directing plaintiff to authorize release of medical information (Docket # 31) is **granted**.

**IT IS FURTHER ORDERED** that the defendants' supplemental motion for order directing plaintiff to authorize release of medical information (Docket # 54) is **granted.** The plaintiff should provide the defendants with a medical authorization by **April 15, 2014**, as set forth herein.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2014.

**SO ORDERED,**

*Rudolph T. Randa*

**HON. RUDOLPH T. RANDA**
**U. S. District Judge**